Case 2:26-cv-00626-GRB     Document 1-2     Filed 02/04/26     Page 1 of 2 PageID #: 18

 Official Website of the Department of Homeland Security

Report (

Main Menu

## < BACK TO RESULTS

# Facility Page

## Detention Information For:

**MAURICIO EGUIZABAL MARTINEZ**
**Country of Birth:** Guatemala
**A-Number:** 209320912

## Current Detention Facility:

Call ICE For Details

# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - Central Islip, NY Sub Office
**Phone Number:** (516) 572-4200

## BACK TO SEARCH >

Related Information

Privacy - Terms

Search

## Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

## External Links

Bureau of Prisons Inmate Locator



[DHS.gov](#) [USA.gov](#) [OIG](#) [Open Gov](#) [FOIA](#) [Metrics](#) [No Fear Act](#) [Site Map](#) [Site Policies & Plug-Ins](#)