**FILED
CLERK**

4/20/2026 10:57 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MAURICIO EGUIZABAL-MARTINEZ,

                                 Petitioner,

          v.

TODD BLANCHE, Acting Attorney General
Of the United States; MARKWAYNE MULLIN,
Secretary of the Department of Homeland Security;
TODD M. LYONS, Acting Director, United States
Immigration and Customs Enforcement, in their official
capacities; BRIAN FLANAGAN, Acting Deputy Field
Office Director for ICE in New York City Area, in their
official capacities,

                                 Respondents.
-------------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE**

Civil Action No.
26-cv-0626 (GRB)

     IT IS HEREBY STIPULATED AND AGREED, by and between Petitioner Mauricio Eguizabal-Martinez ("Petitioner") and Respondents Todd Blanche,[1] Acting Attorney General of the United States; Markwayne Mullin[2], Secretary of the Department of Homeland Security; Todd M. Lyons, Acting Director, United States Immigration and Customs Enforcement ("ICE"); and Brian Flanagan, Acting Deputy Field Office Director for ICE in New York City Area (collectively, "Respondents"), through their undersigned counsel that:

    1.     As a result of Petitioner's release from ICE detention on February 6, 2026, this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

---

    [1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, Todd Blanche has been substituted for former Attorney General Pamela Bondi.

    [2] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, Markwayne Mullin has been substituted for former Secretary Kristi Noem.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses and fees;

2. The conditions of release imposed by the District Court in the above-captioned action are dissolved with the dismissal of this action;\

3. ICE reserves the right to impose conditions of supervision, subject to review procedures specified in 8 C.F.R. § 1236.1(d);

4. Petitioner shall comply with any court orders, including orders entered by the immigration court, and attend all court dates, including dates set by the immigration court;

5. ICE will not re-detain Petitioner pursuant to 8 U.S.C. § 1225 (INA § 235);

6. ICE will not re-detain Petitioner absent a change in circumstances, which shall include the following:

   a. detention to execute a removal order;

   b. detention based upon Petitioner's non-compliance with ICE's conditions of supervision;

   c. detention based upon Petition's commission of a new criminal offense that may subject him to detention pursuant to 8 U.S.C. § 1226 (INA § 236);

7. The parties stipulate that the United States District Court for the Eastern District of New York shall retain jurisdiction over all disputes arising out of this stipulation and to enforce this stipulation according to its terms;

8.      The Clerk of the Court shall enter a judgment in accordance with this Stipulation

and Order.

Dated: Newark, New Jersey          JADEJA-CIMONE LAW
       April 17, 2026          *Counsel for Petitioner*
           50 Clinton Street, Suite 501
           Hempstead, New York 11550


By:      /s/  *Carolyn M. Corrado*
      Carolyn M. Corrado, Esq.
      (516) 414-0080
      ccorrado@jadejacimone.com


Dated: Central Islip, New York          JOSEPH NOCELLA, JR
       April 17, 2026          United States Attorney
           *Counsel for Federal Respondents*
           Eastern District of New York
           610 Federal Plaza
           Central Islip, New York 11722

By:      MARY DICKMAN    Digitally signed by MARY DICKMAN
      Date: 2026.04.17 13:03:48 -04'00'
      Mary M. Dickman
      Assistant U.S. Attorney
      (631) 715-7863
      mary.dickman@usdoj.gov

**So Ordered**

April  20  , 2026


     /s/ *Gary R. Brown*
HONORABLE GARY R.
BROWN U.S. District Judge
E.D.N.Y.